IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES HAYS, | ) |
| | ) |
| Plaintiff | ) Cause No.: 1:16-cv-02836 |
| vs. | ) |
| | ) |
| SCOTT COUNTY, SCOTT COUNTY AREA | ) |
| PLAN COMMISSION, DALE HOBBS, In His | ) |
| Official and Individual Capacities, CHRIS | ) |
| WAKEMAN, In his Official and Individual | ) |
| Capacities, and JIM BOSWELL, In His Official | ) |
| And Individual Capacities, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT FOR DAMAGES
AND REQUEST FOR JURY TRIAL**

Plaintiff, by counsel, and as his Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff James Hays is currently a resident of Scott County in the State of Indiana and a former employee of Defendant.

2. Defendant, Scott County, is an employer as defined by 42 U.S.C. § 2000e(b) and conducts business in the State of Indiana.

3. Defendant, Scott County Area Plan Commission, is an arm of the County and an employer as defined by 42 U.S.C. § 2000e(b).

4. Defendants Dale Hobbs ("Hobbs"), Chris Wakeman ("Wakeman"), and Jim Boswell ("Boswell"), are all individuals and members of the Scott County Area Plan Commission.

5. Mr. Hays filed a Charge of Discrimination with the Equal Employment Opportunity Commission on or about February 11, 2016 alleging, *inter alia*, alleging that Defendants, Scott

County, Scott County Area Plan Commission, Dale Hobbs, Chris Wakeman, and Jim Boswell (collectively referred to as "Scott County Government" or "Defendants") violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*., the Americans with Disabilities Act, 42 U.S.C. §12101, and the Age Discrimination in Employment Act, 29 U.S.C. §626, alleging discrimination based on gender, age, disability, and retaliation.

6. The Equal Employment Opportunity Commission and or the Department of Justice issued to Mr. Hays a Right to Sue letter on July 25, 2016.

7. Mr. Hays invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

8. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

9. Plaintiff, a disabled male over the age of forty (40), applied for an Area Plan Executive Director position with the Scott County Area Plan Commission on or about October 15, 2015.

10. Plaintiff was the only candidate with all of the qualifications posted for the position.

11. On or about October 21, 2015, the Scott County Area Planning Commission met to discuss the position and voted to lower the qualifications in order to give the job to a younger female applicant who was not disabled.

12. The requirements were changed on or about November 18, 2015 and the position was in fact awarded to the younger female applicant who was not disabled.

13. Plaintiff had previously made a whistle blower claim and sued Scott County under the Fair Labor Standards Act.

## COUNT I
## TITLE VII (SEX)

14. Plaintiff incorporates by reference Paragraphs one (1) through thirteen (13) above.

15. Defendants discriminated against Mr. Hays on the basis of his gender when they refused him the position he applied for despite being the only candidate with the requisite qualifications.

16. The position was instead awarded to a less qualified female.

17. Mr. Hays' sex/gender was the motivating factor in the decision to award the position to another.

18. This failure to hire Mr. Hays was in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*.

19. As a result of the foregoing, Mr. Hays has sustained damages including, but not limited to, lost wages and benefits, emotional suffering, anguish, embarrassment and humiliation.

20. As a result of Defendants' actions, Mr. Hays has incurred attorney fees and costs.

21. Defendant's actions were done with malice or willful reckless disregard to Mr. Hays' rights.

WHEREFORE, Plaintiff prays for judgment against Defendants, for reinstatement, an award of damages sufficient to compensate Plaintiff for his injuries, including lost pay and benefits, compensatory damages, and for an award of Plaintiff's attorney fees and costs incurred herein, and for all other appropriate relief.

## COUNT II
## ADEA

22. Plaintiff incorporates by reference Paragraphs one (1) through twenty-one (21) above.

23. Plaintiff is over the age of forty and thus a member of a protected class.

24. Plaintiff possessed all of the Defendants' posted requirements for the Area Plan Executive Director position.

25. Defendants refused to hire Plaintiff, lowered the qualifications, reposted the position, and awarded it to less qualified individual under the age of forty (40).

26. As a result of Defendants' actions, Plaintiff suffered damages, including but not limited to, lost wages and benefits, liquidated damages and attorney fees.

27. The Defendants' actions are in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §621, *et. sec*.

WHEREFORE, Plaintiff prays for judgment against Defendants, for an award of unpaid wages, liquidated damages, back pay, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

## COUNT III
## ADA

28. Plaintiff incorporates by reference paragraphs one through twenty-seven (27) of his complaint for damages.

29. Plaintiff suffers from a disability and or perceived disability as defined by the Americans with Disabilities Act, specifically an injury to his left arm that prevents him from lifting more than twenty pounds.

30. The Defendants were aware Plaintiff's disability and/or perceived disability and refused to provide reasonable accommodation when Defendants refused to hire Plaintiff.

31. Plaintiff was able to perform the essential functions of his job, with or without reasonable accommodation.

32. The Defendants were motivated by Plaintiff's disability and/or perceived disability when it refused to hire Plaintiff.

33. Non-disabled employees outside Plaintiff's protected class were treated more favorably than Plaintiff.

34. As a result of Defendants violating Plaintiff's rights as protected under the Americans with Disabilities Act, Plaintiff sustained damages including, but not limited to, lost pay and benefits, mental and emotional anguish, attorney fees and costs.

WHEREFORE, Plaintiff prays for judgment against Defendants, for an award of lost wages and benefits, compensatory damages, attorney fees and costs incurred herein, and for all other appropriate relief.

## COUNT IV
## RETALIATION

35. Plaintiff incorporates by reference Paragraphs one (1) through thirty-four (34) above.

36. Plaintiff filed a lawsuit against the Defendants alleging violations of the Fair Labor Standards Act and Whistleblowers Act. The investigation into the allegations began in 1994 and lawsuit was resolved in 1999.

37. After Plaintiff exercised his statutory rights to file this lawsuit, Defendants refused to hire Plaintiff for the Area Plan Executive Director's position, noting that *Hays sues the County*.

38. Defendants' decision to lower the qualifications and repost the Area Plan Executive Director's position rather than award it to Mr. Hays' was motivated by, and in retaliation for, his filing of a complaint for wages under the FLSA.

39. These actions violated Mr. Hays' rights and were in violation of The Fair Labor Standards Act of 1938, 29 U.S.C. § 215 *et seq*.

40. As a result of the foregoing, Mr. Hays has sustained damages including, but not limited to, lost wages and benefits, emotional suffering, anguish, embarrassment and humiliation.

41. As a result of Defendants' actions, Mr. Hays has incurred attorney fees and costs.

42. Defendants' actions were done with malice or willful reckless disregard to Mr. Hays' rights.

WHEREFORE, Plaintiff prays for judgment against Defendants, an award of damages sufficient to compensate Plaintiff for his injuries, including lost pay and benefits, compensatory damages, and for an award of Plaintiff's attorney fees and costs incurred herein, and for all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22714-41

REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, 18002-49
Paul J. Cummings, 22713-41

HENN HAWORTH CUMMINGS & PAGE
625 North Madison Avenue - Suite A
Greenwood, IN  46143
(317) 885-0041;
(317) 885-0506 Fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served with the Clerk of the Court upon all counsel of record by filing with the Court's CM/ECF system the 18th day of October, 2016.

/s/ Paul J. Cummings
Paul J. Cummings