IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES HAYS, | ) |
| | ) |
| Plaintiff | ) Cause No.: 1:16-cv-02836-TWP-MJD |
| vs. | ) |
| | ) |
| SCOTT COUNTY and SCOTT COUNTY AREA PLAN COMMISSION, | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

Plaintiff, James Hays, by counsel, and Defendants, Scott County and Scott County Area Plan Commission, by counsel, having filed their Stipulation of Dismissal, With Prejudice, and the Court having reviewed said Stipulation and being duly advised now GRANTS said Stipulation of Dismissal.

SO ORDERED

Date: 5/25/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

All counsel of record by operation of the Court's electronic filing system